CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 29 2020

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CONNIE J., | ) |
| Plaintiff, | ) Case No. 4:18-cv-00059 |
| v. | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) By: Hon. Jackson L. Kiser |
| | )      Senior United States District Judge |
| Defendant. | ) |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I grant the Commissioner's Motion for Summary Judgment, deny Plaintiff's Motion for Summary Judgment/Motion to Remand, and affirm the Commissioner's final decision. The R&R was filed on May 14, 2020, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 17] shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment [ECF No. 15] is **GRANTED**, Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 13] is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

**ENTERED** this 29th day of May, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE